**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1572**

WILLIAM HENRY HARRISON,

Plaintiff – Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:11-cv-00091-REP)

Submitted: November 25, 2014        Decided: December 18, 2014

Before WILKINSON, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Henry Harrison, Appellant Pro Se. Jonathan Holland Hambrick, Robin Perrin Meier, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Harrison appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to the Commissioner, and upholding the Commissioner's decision granting Harrison's application for supplemental security income but denying his application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison v. Comm'r of Soc. Sec., No. 3:11-cv-00091-REP (E.D. Va. Jan. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED